UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| JASON M. WARE | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 15-201 CKK |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|         Defendant. | ) |

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through counsel, having reached a settlement agreement, jointly stipulate and agree to the dismissal of the above-captioned action with prejudice, without an award of costs, expenses or fees to either party, and without the Court retaining jurisdiction over the above-captioned action.

Dated: April 19, 2016                                                                   Respectfully Submitted,

/s/_____                           CHANNING D. PHILLIPS, DC Bar # 415793
Brewster S. Rawls                                                       United States Attorney
**Rawls McNelis + Mitchell**                                        for the District of Columbia
211 Rocketts Way
Suite 100                                                                       DANIEL F. VAN HORN, Bar # 924092
Richmond, VA 23231                                                  Chief, Civil Division
804.344.0038 (Main)
804.782.0607 (Direct)                                                  /s/ *Alexander D. Shoaibi*
804.347.0926 (Cellular)                                               ALEXANDER D. SHOAIBI, Bar # 423587
www.rawlsmcnelis.com                                              Assistant United States Attorney
                                                                                      Civil Division,
                                                                                      U.S. Department of Justice
                                                                                      555 Fourth St., N.W.
*Counsel for Plaintiff*                                                    Washington, D.C.  20530
                                                                                      (202) 252-2511

                                                                                      *Counsel for Defendant*